B9A (Official Form 9A) (Chapter 7 Individual or Joint Debtor No Asset Case) (12/12)         Case Number **12−45989**

# UNITED STATES BANKRUPTCY COURT
### Northern District of Illinois

# Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines
A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on November 20, 2012.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### Creditors −− Do not file this notice in connection with any proof of claim you submit to the court.
### See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Carmen M Larsen
4014 N. Central Park Ave.
Apt. 3W
Chicago, IL 60618

| | |
|---|---|
| Case Number: 12−45989<br>Office Code: 1 | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos:<br>xxx−xx−4362 |
| Attorney for Debtor(s) (name and address):<br>Arthur Czaja<br>Law Office of Arthur C. Czaja<br>6121 N. Northwest Hwy., Ste. 104<br>Chicago, IL 60631<br>Telephone number: (773) − 7750495 | Bankruptcy Trustee (name and address):<br>Frances Gecker<br>325 North LaSalle Street<br>Suite 625<br>Chicago, IL 60654<br>Telephone number: 312−276−1400 |

## Meeting of Creditors:

Date: **January 14, 2013**        Time: **01:00 PM**

Location: **219 South Dearborn, Office of the U.S. Trustee, 8th Floor, Room 800, Chicago, IL 60604**

**All debtors are required to attend and bring a picture ID and proof of their Social Security Number to the 341 meeting.**

### Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

### The presumption of abuse does not arise.

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

### Deadline to Object to Debtor's Discharge *or* to Challenge Dischargeability of Certain Debts: March 15, 2013

### Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604<br>Telephone number: 1−866−222−8029 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Kenneth S. Gardner |
| Hours Open: Monday − Friday 8:30 AM −4:30 PM | Date: November 21, 2012 |

# EXPLANATIONS

B9A (Official Form 9A) (12/12)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.<br><br>***Do not include this notice with any filing you make with the court.*** |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must file a complaint —– or a motion if you assert the discharge should be denied under § 727(a)(8) or (a)(9) —— in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

## —– Refer to Other Side for Important Deadlines and Notices —–

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 12-45989-JSB
Carmen M Larsen                                                       Chapter 7
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: carmstead        Page 1 of 3          Date Rcvd: Nov 21, 2012
                              Form ID: b9a           Total Noticed: 41


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 23, 2012.
db          +Carmen M Larsen,    4014 N. Central Park Ave.,   Apt. 3W,   Chicago, IL 60618-2134
19718614    +Amexdsnb,   9111 Duke Blvd,    Mason, OH 45040-8999
19718615    +Bank Of America,    Po Box 982235,   El Paso, TX 79998-2235
19718619    +Cap1/Bstby,   Po Box 5253,    Carol Stream, IL 60197-5253
19718633    +Delaware Place Bank,    190 E Delaware Pl.,   Chicago, IL 60611-1814
19718640    +First Ntl B&T Co Of Ro,    340 May Mart Dr,   Rochelle, IL 61068-1797
19718649     Natl Cty Crd,   K-A16-2j One Ncc Pkwy,    Kalamazoo, MI 49009
19718651    +Nissan Motor Acceptanc,    Po Box 660360,   Dallas, TX 75266-0360
19718652    +Peoples Engy,   130 E Randolph,    Chicago, IL 60601-6302
19718654    +Pnc Bank, N.A.,    1 Financial Pkwy,   Kalamazoo, MI 49009-8002
19718671    ++VON MAUR INC,   6565 BRADY STREET,    DAVENPORT IA 52806-2054
             (address filed with court: Von Maur,    6565 Brady St,   Davenport, IA 52806-2054)


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty          E-mail/Text: attorneyarthur@aol.com Nov 22 2012 02:06:21    Arthur Czaja,
             Law Office of Arthur C. Czaja,   6121 N. Northwest Hwy., Ste. 104,    Chicago, IL 60631
tr          +EDI: QFGECKER.COM Nov 22 2012 01:38:00    Frances Gecker,    325 North LaSalle Street,
             Suite 625,   Chicago, IL 60654-6465
19718611     EDI: HNDA.COM Nov 22 2012 01:38:00    American Honda Finance,    2170 Point Blvd Ste 100,
             Elgin, IL 60123
19718612    +EDI: AMEREXPR.COM Nov 22 2012 01:38:00    Amex,   Po Box 297871,
             Fort Lauderdale, FL 33329-7871
19718616    +EDI: BANKAMER.COM Nov 22 2012 01:38:00    Bank Of America, N.A.,    4161 Piedmont Pkwy,
             Greensboro, NC 27410-8119
19718617     EDI: CAPITALONE.COM Nov 22 2012 01:38:00    Cap One,   Po Box 85520,   Richmond, VA 23285
19718625    +EDI: CHASE.COM Nov 22 2012 01:38:00    Chase,   2500 Westfield Dr,   Elgin, IL 60124-7836
19718620    +EDI: CHASE.COM Nov 22 2012 01:38:00    Chase,   Po Box 15298,   Wilmington, DE 19850-5298
19718626    +EDI: CITICORP.COM Nov 22 2012 01:38:00    Citi,   Po Box 6241,   Sioux Falls, SD 57117-6241
19718630    +EDI: WFNNB.COM Nov 22 2012 01:38:00    Comenity Bank/Valctyfr,    Po Box 182789,
             Columbus, OH 43218-2789
19718631    +EDI: WFNNB.COM Nov 22 2012 01:38:00    Comenity Bank/Vctrssec,    220 W Schrock Rd,
             Westerville, OH 43081-2873
19718632    +E-mail/Text: bankruptcy@commercebank.com Nov 22 2012 02:20:09    Commerce Bk,   Po Box 411036,
             Kansas City, MO 64141-1036
19718634    +EDI: SALMAEDEPTEDUC.COM Nov 22 2012 01:38:00    Dept Of Ed/Sallie Mae,    Po Box 9635,
             Wilkes Barre, PA 18773-9635
19718637    +EDI: DISCOVER.COM Nov 22 2012 01:38:00    Discover Fin Svcs Llc,    Po Box 15316,
             Wilmington, DE 19850-5316
19718639    +EDI: TSYS2.COM Nov 22 2012 01:38:00    Dsnb Macys,   Po Box 8218,   Mason, OH 45040-8218
19718641    +EDI: RMSC.COM Nov 22 2012 01:38:00    Gecrb/Banana,   Po Box 965005,    Orlando, FL 32896-5005
19718642    +EDI: RMSC.COM Nov 22 2012 01:38:00    Gecrb/Banana Rep,   Po Box 965005,
             Orlando, FL 32896-5005
19718643    +EDI: RMSC.COM Nov 22 2012 01:38:00    Gecrb/Care Credit,    950 Forrer Blvd,
             Kettering, OH 45420-1469
19718644    +EDI: RMSC.COM Nov 22 2012 01:38:00    Gecrb/Gap,   Po Box 965005,   Orlando, FL 32896-5005
19718645    +EDI: RMSC.COM Nov 22 2012 01:38:00    Gecrb/Pearle Vision,    Po Box 981439,
             El Paso, TX 79998-1439
19718646    +EDI: HFC.COM Nov 22 2012 01:38:00    Hsbc/Carsn,   Po Box 15521,   Wilmington, DE 19850-5521
19718647    +EDI: HFC.COM Nov 22 2012 01:38:00    Hsbc/Elder,   Po Box 15521,   Wilmington, DE 19850-5521
19718648    +EDI: TSYS2.COM Nov 22 2012 01:38:00    Mcydsnb,   9111 Duke Blvd,   Mason, OH 45040-8999
19718650    +EDI: HFC.COM Nov 22 2012 01:38:00    Nbgl-Carsons,   140 W Industrial Dr,
             Elmhurst, IL 60126-1602
19718655    +EDI: SALMAESERVICING.COM Nov 22 2012 01:38:00    Sallie Mae,   Po Box 9500,
             Wilkes Barre, PA 18773-9500
19718665    +EDI: SALMAESERVICING.COM Nov 22 2012 01:38:00    Sallie Mae Servicing,    1002 Arthur Dr,
             Lynn Haven, FL 32444-1683
19718666    +EDI: TFSR.COM Nov 22 2012 01:38:00    Toyota Motor Credit,    1111 W 22nd St Ste 420,
             Oak Brook, IL 60523-1959
19718669     EDI: USBANKARS.COM Nov 22 2012 01:38:00    Us Bank,   Cb Disputes Po Box 108,
             St Louis, MO 63116
19718667    +EDI: CITICORP.COM Nov 22 2012 01:38:00    Unvl/Citi,   Po Box 6241,   Sioux Falls, SD 57117-6241
19718670    +EDI: TSYS2.COM Nov 22 2012 01:38:00    Visdsnb,   9111 Duke Blvd,   Mason, OH 45040-8999
                                                                               TOTAL: 30


             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19718613*    +Amex,   Po Box 297871,   Fort Lauderdale, FL 33329-7871
19718618*    ++CAPITAL ONE,   PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court: Cap One,    Po Box 85520,   Richmond, VA 23285)
19718621*    +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
19718622*    +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
19718623*    +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
19718624*    +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
19718627*    +Citi,   Po Box 6241,   Sioux Falls, SD 57117-6241
19718628*    +Citi,   Po Box 6241,   Sioux Falls, SD 57117-6241

```
District/off: 0752-1          User: carmstead          Page 2 of 3          Date Rcvd: Nov 21, 2012
                              Form ID: b9a             Total Noticed: 41

                  ***** BYPASSED RECIPIENTS (continued) *****
19718629*     +Citi,   Po Box 6241,   Sioux Falls, SD 57117-6241
19718635*     +Dept Of Ed/Sallie Mae,   Po Box 9635,   Wilkes Barre, PA 18773-9635
19718636*     +Dept Of Ed/Sallie Mae,   Po Box 9635,   Wilkes Barre, PA 18773-9635
19718638*     +Discover Fin Svcs Llc,   Po Box 15316,   Wilmington, DE 19850-5316
19718653*     +Peoples Engy,   130 E Randolph,   Chicago, IL 60601-6302
19718656*     +Sallie Mae,   Po Box 9500,   Wilkes Barre, PA 18773-9500
19718657*     +Sallie Mae,   Po Box 9500,   Wilkes Barre, PA 18773-9500
19718658*     +Sallie Mae,   Po Box 9500,   Wilkes Barre, PA 18773-9500
19718659*     +Sallie Mae,   Po Box 9500,   Wilkes Barre, PA 18773-9500
19718660*     +Sallie Mae,   Po Box 9500,   Wilkes Barre, PA 18773-9500
19718661*     +Sallie Mae,   Po Box 9500,   Wilkes Barre, PA 18773-9500
19718662*     +Sallie Mae,   Po Box 9500,   Wilkes Barre, PA 18773-9500
19718663*     +Sallie Mae,   Po Box 9500,   Wilkes Barre, PA 18773-9500
19718664*     +Sallie Mae,   Po Box 9500,   Wilkes Barre, PA 18773-9500
19718668*     +Unvl/Citi,   Po Box 6241,   Sioux Falls, SD 57117-6241
19718672*     ++VON MAUR INC,   6565 BRADY STREET,   DAVENPORT IA 52806-2054
              (address filed with court: Von Maur,   6565 Brady St,   Davenport, IA 52806-2054)
                                                             TOTALS: 0, * 24, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 23, 2012**                    **Signature:**        _Joseph Speetjens_

District/off: 0752-1          User: carmstead          Page 3 of 3          Date Rcvd: Nov 21, 2012
                             Form ID: b9a              Total Noticed: 41

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 21, 2012 at the address(es) listed below:
          Arthur  Czaja   on behalf of Debtor Carmen Larsen attorneyarthur@aol.com
          Frances  Gecker    fgecker@fgllp.com,
           fgecker@ecf.epiqsystems.com;zzielinski@fgllp.com;csmith@fgllp.com
          Patrick S Layng     USTPRegion11.ES.ECF@usdoj.gov
                                                                         TOTAL: 3