B18 (Official Form 18) (12/07)

# United States Bankruptcy Court

Northern District of Illinois

**Case No. 12−45989**

**Chapter 7**

In re: Debtor (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Carmen M Larsen
   4014 N. Central Park Ave.
   Apt. 3W
   Chicago, IL 60618

Social Security / Individual Taxpayer ID No.:
   xxx−xx−4362

Employer Tax ID / Other nos.:

## DISCHARGE OF DEBTOR

   It appearing that the debtor is entitled to a discharge, **IT IS ORDERED:** The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

                                         FOR THE COURT

Dated: <u>March 18, 2013</u>                    <u>Kenneth S. Gardner, Clerk</u>
                                         United States Bankruptcy Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

B18 (Official Form 18) (12/07) – Cont.

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor.*[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Northern District of Illinois

In re: Case No. 12-45989-JSB
Carmen M Larsen Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1      User: admin      Page 1 of 3      Date Rcvd: Mar 18, 2013
                     Form ID: b18      Total Noticed: 40

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 20, 2013.
```
db          +Carmen M Larsen,    4014 N. Central Park Ave.,    Apt. 3W,    Chicago, IL 60618-2134
19718614    +Amexdsnb,   9111 Duke Blvd,    Mason, OH 45040-8999
19718615    +Bank Of America,    Po Box 982235,    El Paso, TX 79998-2235
19718619    +Cap1/Bstby,    Po Box 5253,    Carol Stream, IL 60197-5253
19718633    +Delaware Place Bank,    190 E Delaware Pl,    Chicago, IL 60611-1814
19718640    +First Ntl B&T Co Of Ro,    340 May Mart Dr,    Rochelle, IL 61068-1797
19718649     Natl Cty Crd,    K-A16-2j One Ncc Pkwy,    Kalamazoo, MI 49009
19718651    +Nissan Motor Acceptanc,    Po Box 660360,    Dallas, TX 75266-0360
19718652    +Peoples Engy,    130 E Randolph,    Chicago, IL 60601-6302
19718654    +Pnc Bank, N.A.,    1 Financial Pkwy,    Kalamazoo, MI 49009-8002
19718671   ++VON MAUR INC,    6565 BRADY STREET,    DAVENPORT IA 52806-2054
             (address filed with court: Von Maur,    6565 Brady St,    Davenport, IA 52806-2054)
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr          +EDI: QFGECKER.COM Mar 19 2013 01:23:00      Frances Gecker,    325 North LaSalle Street,
              Suite 625,    Chicago, IL 60654-6465
19718611     EDI: HNDA.COM Mar 19 2013 01:23:00      American Honda Finance,    2170 Point Blvd Ste 100,
              Elgin, IL 60123
19718612    +EDI: AMEREXPR.COM Mar 19 2013 01:28:00      Amex,    Po Box 297871,
              Fort Lauderdale, FL 33329-7871
19718616    +EDI: BANKAMER.COM Mar 19 2013 01:28:00      Bank Of America, N.A.,    4161 Piedmont Pkwy,
              Greensboro, NC 27410-8119
19718617     EDI: CAPITALONE.COM Mar 19 2013 01:28:00      Cap One,    Po Box 85520,    Richmond, VA 23285
19718625    +EDI: CHASE.COM Mar 19 2013 01:23:00      Chase,    2500 Westfield Dr,    Elgin, IL 60124-7836
19718620    +EDI: CHASE.COM Mar 19 2013 01:23:00      Chase,    Po Box 15298,    Wilmington, DE 19850-5298
19718626    +EDI: CITICORP.COM Mar 19 2013 01:28:00      Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
19718630    +EDI: WFNNB.COM Mar 19 2013 01:23:00      Comenity Bank/Valctyfr,    Po Box 182789,
              Columbus, OH 43218-2789
19718631    +EDI: WFNNB.COM Mar 19 2013 01:23:00      Comenity Bank/Vctrssec,    220 W Schrock Rd,
              Westerville, OH 43081-2873
19718632     E-mail/Text: bankruptcy@commercebank.com Mar 19 2013 03:06:19      Commerce Bk,    Po Box 411036,
              Kansas City, MO 64141-1036
19718634    +EDI: SALMAEDEPTEDUC.COM Mar 19 2013 01:28:00      Dept Of Ed/Sallie Mae,    Po Box 9635,
              Wilkes Barre, PA 18773-9635
19718637    +EDI: DISCOVER.COM Mar 19 2013 01:23:00      Discover Fin Svcs Llc,    Po Box 15316,
              Wilmington, DE 19850-5316
19718639    +EDI: TSYS2.COM Mar 19 2013 01:23:00      Dsnb Macys,    Po Box 8218,    Mason, OH 45040-8218
19718641    +EDI: RMSC.COM Mar 19 2013 01:28:00      Gecrb/Banana,    Po Box 965005,    Orlando, FL 32896-5005
19718642    +EDI: RMSC.COM Mar 19 2013 01:28:00      Gecrb/Banana Rep,    Po Box 965005,
              Orlando, FL 32896-5005
19718643    +EDI: RMSC.COM Mar 19 2013 01:28:00      Gecrb/Care Credit,    950 Forrer Blvd,
              Kettering, OH 45420-1469
19718644    +EDI: RMSC.COM Mar 19 2013 01:28:00      Gecrb/Gap,    Po Box 965005,    Orlando, FL 32896-5005
19718645    +EDI: RMSC.COM Mar 19 2013 01:28:00      Gecrb/Pearle Vision,    Po Box 981439,
              El Paso, TX 79998-1439
19718646    +EDI: HFC.COM Mar 19 2013 01:28:00      Hsbc/Carsn,    Po Box 15521,    Wilmington, DE 19850-5521
19718647    +EDI: HFC.COM Mar 19 2013 01:28:00      Hsbc/Elder,    Po Box 15221,    Wilmington, DE 19850-5221
19718648    +EDI: TSYS2.COM Mar 19 2013 01:23:00      Mcydsnb,    9111 Duke Blvd,    Mason, OH 45040-8999
19718650    +EDI: HFC.COM Mar 19 2013 01:28:00      Nbgl-Carsons,    140 W Industrial Dr,
              Elmhurst, IL 60126-1602
19718655    +EDI: SALMAESERVICING.COM Mar 19 2013 01:28:00      Sallie Mae,    Po Box 9500,
              Wilkes Barre, PA 18773-9500
19718665    +EDI: SALMAESERVICING.COM Mar 19 2013 01:28:00      Sallie Mae Servicing,    1002 Arthur Dr,
              Lynn Haven, FL 32444-1683
19718666    +EDI: TFSR.COM Mar 19 2013 01:28:00      Toyota Motor Credit,    1111 W 22nd St Ste 420,
              Oak Brook, IL 60523-1959
19718669     EDI: USBANKARS.COM Mar 19 2013 01:28:00      Us Bank,    Cb Disputes Po Box 108,
              St Louis, MO 63116
19718667    +EDI: CITICORP.COM Mar 19 2013 01:28:00      Unvl/Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
19718670    +EDI: TSYS2.COM Mar 19 2013 01:23:00      Visdsnb,    9111 Duke Blvd,    Mason, OH 45040-8999
                                                                                              TOTAL: 29
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19718613*    +Amex,   Po Box 297871,    Fort Lauderdale, FL 33329-7871
19718618*   ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court: Cap One,    Po Box 85520,    Richmond, VA 23285)
19718621*    +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
19718622*    +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
19718623*    +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
19718624*    +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
19718627*    +Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
19718628*    +Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
19718629*    +Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
19718635*    +Dept Of Ed/Sallie Mae,    Po Box 9635,    Wilkes Barre, PA 18773-9635
```

```
District/off: 0752-1           User: admin              Page 2 of 3                   Date Rcvd: Mar 18, 2013
                               Form ID: b18             Total Noticed: 40


            ***** BYPASSED RECIPIENTS (continued) *****
19718636*    +Dept Of Ed/Sallie Mae,    Po Box 9635,    Wilkes Barre, PA 18773-9635
19718638*    +Discover Fin Svcs Llc,    Po Box 15316,    Wilmington, DE 19850-5316
19718653*    +Peoples Engy,    130 E Randolph,    Chicago, IL 60601-6302
19718656*    +Sallie Mae,    Po Box 9500,    Wilkes Barre, PA 18773-9500
19718657*    +Sallie Mae,    Po Box 9500,    Wilkes Barre, PA 18773-9500
19718658*    +Sallie Mae,    Po Box 9500,    Wilkes Barre, PA 18773-9500
19718659*    +Sallie Mae,    Po Box 9500,    Wilkes Barre, PA 18773-9500
19718660*    +Sallie Mae,    Po Box 9500,    Wilkes Barre, PA 18773-9500
19718661*    +Sallie Mae,    Po Box 9500,    Wilkes Barre, PA 18773-9500
19718662*    +Sallie Mae,    Po Box 9500,    Wilkes Barre, PA 18773-9500
19718663*    +Sallie Mae,    Po Box 9500,    Wilkes Barre, PA 18773-9500
19718664*    +Sallie Mae,    Po Box 9500,    Wilkes Barre, PA 18773-9500
19718668*    +Unvl/Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
19718672*   ++VON MAUR INC,    6565 BRADY STREET,    DAVENPORT IA 52806-2054
             (address filed with court:   Von Maur,    6565 Brady St,    Davenport, IA 52806-2054)
                                                                                         TOTALS: 0, * 24, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 20, 2013**              **Signature:**   _Joseph Speetjens_

```
District/off: 0752-1          User: admin              Page 3 of 3            Date Rcvd: Mar 18, 2013
                              Form ID: b18             Total Noticed: 40
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 18, 2013 at the address(es) listed below:
        Arthur   Czaja    on behalf of Debtor Carmen M Larsen attorneyarthur@aol.com
        Frances   Gecker    fgecker@fgllp.com,
         fgecker@ecf.epiqsystems.com;zzielinski@fgllp.com;csmith@fgllp.com
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
        TOTAL: 3